IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIUS DOMANTAY,

        Petitioner,

  v.

E. YLST,

        Respondent.
                                      /

No. CV-05-2216 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** as petitioner no longer is incarcerated at SQSP and has failed to comply with the Court's orders to keep the Court informed of his current address, the above-titled action is hereby DISMISSED without prejudice for failure to prosecute.

Dated: July 1, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk